UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ELIZABETH GIBSON AND GERDING SPEARE,

                              Plaintiffs,

           -against-

THE CITY OF NEW YORK; SGT. BREWSTER,
SGT. ANDREW HILLERY; SGT. LIPPERT; DET.
ANDREW FAGO; DET. DELPRETE, DET. FAZIO;
DET. COGNATO; DET. MALPESO; DET. RIVAS;
DET. MEIGS; DET. SANCHEZ; DET. SPOSITO;
DET. RIVERA; DET. FRIED; DET. BROOKS;
DET. HENANDEZ; AND DET. BANGHART; the
individual defendant(s) sued individually and in their
official capacities,

                              Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12CV4114 (JBW) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| MICHAEL O. HUESTON<br>*Attorney for Plaintiff*<br>16 Court Street, Suite 3301<br>Brooklyn, NY 11241 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, Rm. 3-171<br>New York, New York 10007 |
| By: _____/s/_____<br>Michael O. Hueston<br>*Attorney for Plaintiff* | By: _____/s/ Linda Mindrutiu_____<br>Linda Mindrutiu<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. JACK B. WEINSTEIN<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
_____, 2013